# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL RAY WEST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-71 |
| | § | |
| KENNETH H. PUTMAN JR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received the Memorandum and Recommendation ("M&R") of the magistrate judge, Dkt. No. 9. The time to file objections to the M&R has passed, and no objections have been filed.[1]

After reviewing the filings and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 9, and **DISMISSES WITH PREJUDICE** Plaintiff's complaint for failure to state a claim and/or as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court therefore **DIRECTS** the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

Final Judgment will be entered separately.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Plaintiff filed a letter asking the Court to assist Plaintiff in identifying various prison officials. Dkt. No. 11. This letter does not respond to the M&R or address the merits of Plaintiff's claim, and the Court takes no action in response to the letter.